Jay A. Ghoreichi (SBN: 177274)
GHOREICHI LAW FIRM
1999 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067
Telephone: (310) 356-4642
Facsimile:  (310) 356-4643

Bijan Amini (BA 3533) *Admitted Pro Hac Vice*
Avery Samet (AS 1483) *Admitted Pro Hac Vice*
Russell Bogart (RB 0320) *Admitted Pro Hac Vice*
STORCH AMINI & MUNVES PC
140 East 45th Street
Two Grand Central Tower, 25th Floor
New York, NY 10017
Telephone: (212) 490-4100
Facsimile: (212) 490-4208
*Special Litigation Counsel
for the Chapter 11 Trustee*

FILED & ENTERED

FEB 09 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NATIONAL CONSUMER MORTGAGE, LLC,<br>a California Limited Liability Company,<br><br>Debtor.<br>_____<br><br>JOHN P. BRINCKO, CHAPTER 11 TRUSTEE OF DEBTOR NATIONAL CONSUMER MORTGAGE, LLC,<br><br><br>Plaintiff,<br>vs.<br><br>RIO PROPERTIES, INC. D/B/A RIO SUITE HOTEL & CASINO,<br><br>Defendant. | Case No.  8:06-10429 TA<br>Chapter 11<br>Adv. Pro. No. 8:08-01121-TA<br><br>**ORDER TO TAKE DEPOSITION OF PRISONER SALVATORE FAVATA**<br><br>**[FED. R. CIV. P. 30(a)(2)(B)]**<br><br>**Hearing Date:**     **February 5, 2009**<br>**Time:**              **11:00 a.m.**<br>**Place:**             **Courtroom 5B**<br>**Filed Concurrently Herewith:**<br>  1.  **Declaration of Bijan Amini**<br>  2.  **Motion and Notice to Take Deposition of Prisoner Salvatore Favata**<br><br>**Deposition Date:**   **March 2, 2009**<br>**Time:**              **10:00 a.m.**<br>**Location:**          **U.S. Penitentiary,**<br>                       **Lompoc, CA** |

The motion of Plaintiff John P. Brincko, Chapter 11 Trustee of debtor National Consumer Mortgage, LLC. ("John P. Brincko") for permission to take the deposition of non-party witness, Salvatore Favata, a prisoner, was heard before this court on February 5, 2009. Storch Amini & Munves PC appeared as counsel for John P. Brincko in support of the motion, and Gibson, Dunn & Crutcher LLP appeared as counsel for Rio Properties, Inc. d/b/a Rio Suite Hotel & Casino ("Rio"). The court having read the pleadings and papers in this action, and the affidavit of Bijan Amini in support of the motion, and having heard the arguments of counsel, and good cause appearing there for,

IT IS ORDERED that Linda Sanders, Warden of the United States Penitentiary in Lompoc California at 3901 Klein Blvd., Lompoc, California 93436, be, and is hereby directed to produce Salvatore Favata, a prisoner, at the Warden's office or elsewhere within the United States Penitentiary, on March 2, 2009 at 10:00 a.m. At such time, the prisoner shall be examined orally by Mr. Bijan Amini, Esq. and/or Russell Bogart, Esq. the attorneys for Plaintiff John P. Brincko orally before a certified shorthand reporter or other officer authorized to administer oaths in the State of California and the United States of America, and who will record the deposition stenographically, by audiotape and/or by videotape on the following matters: (i) Salvatore Favata's role in managing the Debtor, National Consumer Mortgage, LLC (ii) Salvatore Favata's trips to the Rio; (iii) the facts and circumstances surrounding the transfers to the Rio listed on Exhibit "A" to the Complaint in this adversary proceeding; and (iv) all other matters relevant to this adversary proceeding.

### 

DATED: February 9, 2009

_Theodor C. Albert_
_____
United States Bankruptcy Judge

ORDER TO TAKE DEPOSITION OF PRISONER

Jay A. Ghoreichi (SBN: 177274)
GHOREICHI LAW FIRM
1999 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067
Telephone: (310) 356-4642
Facsimile:  (310) 356-4643

Bijan Amini (BA 3533) *Admitted Pro Hac Vice*
Avery Samet (AS 1483) *Admitted Pro Hac Vice*
Russell Bogart (RB 0320) *Admitted Pro Hac Vice*
STORCH AMINI & MUNVES PC
140 East 45th Street
Two Grand Central Tower, 25th Floor
New York, NY 10017
Telephone: (212) 490-4100
Facsimile: (212) 490-4208
*Special Litigation Counsel*
*for the Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.  SA 06-10429 TA |
| NATIONAL CONSUMER MORTGAGE, LLC, a California Limited Liability Company, | Chapter 11 |
| | Adv. Pro. No. 8:AP-01121-TA |
| Debtor. | |
| _____ | **CERTIFICATE OF SERVICE** |
| JOHN P. BRINCKO, CHAPTER 11 TRUSTEE OF DEBTOR NATIONAL CONSUMER MORTGAGE, LLC, | |
| Plaintiff, | |
| vs. | |
| RIO PROPERTIES, INC. D/B/A RIO SUITE HOTEL & CASINO, | |
| Defendant. | |

-3-

ORDER TO TAKE DEPOSITION OF PRISONER

I, Noam L. Weissman, hereby declare as follows:

I am employed in the City and County of New York, New York.  I am over the age of 18 years and not a party to the within action.  My business address is 140 East 45th Street, 25th Floor, New York, New York 10017.

On January 27, 2009 I caused to be served the following:

**[PROPOSED] ORDER TO TAKE DEPOSITION OF PRISONER SALVATORE FAVATA**

on the parties in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ (BY U.S. MAIL)  I placed each such sealed, prepaid envelope, for collection and mailing at Storch Amini & Munves PC, New York, New York, following ordinary business practices.  I am familiar with the practice of collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FEDERAL EXPRESS) I placed each such sealed envelope, to be collected at Storch Amini & Munves, New York, New York, following ordinary business practices.  I am familiar with the practice of Storch Amini & Munves for collection and processing of overnight packages, said practice being that in the ordinary course of business, overnight packages are picked up by a representative of that company to be sent that same day.

☐ [BY ELECTRONIC MAIL ("E-MAIL") VIA PDF/ADOBE] I caused such documents to be sent via e-mail to the below-listed names (as noted) and e-mail addresses and received confirmation electronic receipts indicating that this document was successfully transmitted to the parties named on the service list.

☐ (BY FACSIMILE) Pursuant to agreement of counsel and California Rules of Court, Rule 2006, I transmitted the above documents by facsimile to the referenced facsimile number(s).  The facsimile machine I used complied with Rule 2003 and no error was reported by the machine.  Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

ORDER TO TAKE DEPOSITION OF PRISONER

1
2
3
4
5
6
7
8
9
0
1
2
3
4
5
6
7
8
9
0
1
2
3
4
5
6
7
8

☐ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) above by First Legal Support Services. The actual Declaration of Personal Service shall be filed upon its receipt within the applicable statutory deadline. (Where indicated on service list)

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 27, 2009 at New York, New York.

/S/ Noam L. Weissman
Noam L. Weissman

ORDER TO TAKE DEPOSITION OF PRISONER

**In re National Consumer Mortgage, LLC**
Case No. SA 06-10429-TA
**Service List**

| Served Electronically |
|---|
| Genevieve G. Weiner, Esq. |
| Oscar Garza, Esq. |
| Samuel Newman, Esq. |
| Gibson, Dunn & Crutcher LLP |
| 333 South Grand Avenue |
| Los Angeles, CA 90071 |
| |
| Bijan Amini |
| Storch Amini & Munves PC |
| 140 East 45th Street |
| Two Grand Central Tower, 25th Floor |
| New York, NY 10017 |

ORDER TO TAKE DEPOSITION OF PRISONER

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER TO TAKE DEPOSITION OF PRISONER SALATORE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Franklin C Adams     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- Bijan Amini    tmonahan@samlegal.com
- Todd M Arnold    tma@lnbrb.com
- Christine E Baur     christine.e.baur@bakernet.com, tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.mackie@bakernet.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- David I Brownstein    brownsteinlaw@gmail.com
- Sara Chenetz    schenetz@sonnenschein.com
- Enid M Colson    ecolson@linerlaw.com, fharrison@linerlaw.com;jbrand@linerlaw.com;cliu@linerlaw.com;jparrott@linerlaw.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com
- Elise L Enomoto    eenomoto@ptwww.com
- Todd A Frealy    tfrealy@rdwlawcorp.com
- Michelle R Ghidotti    courtfiling@np-attorneys.com
- Robert P Goe    kmurphy@goeforlaw.com
- Richard H Golubow    pj@winthropcouchot.com
- Thomas W. Harris    twharrisjr@hotmail.com
- Robert S Lampl    advocate45@aol.com
- Charles Liu    cliu@winthropcouchot.com
- Lorraine L Loder    lloder@sbcglobal.net
- Theresa M Marchlewski    theresa.marchlewski@wamu.net
- Ali M Mojdehi    ali.m.m.mojdehi@bakernet.com, christine.e.baur@bakernet.com,;andrew.mcdermott@bakernet.com;anne.w.hamann@bakernet.com;jane.b.mackie@bakernet.com
- Randall P Mroczynski    randym@cookseylaw.com
- Nicholas S Nassif    nsnassif@pacbell.net
- Samuel A Newman    snewman@gibsondunn.com
- Sean A Okeefe    sokeefe@okeefelc.com

ORDER TO TAKE DEPOSITION OF PRISONER

- Daniel H Reiss     dhr@lnbrb.com
- Avery Samet     asamet@samlegal.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- George M Wallace     gwallace@wallace-schwartz.com
- Anne L Warner     ecfcacb@piteduncan.com
- J Scott Williams     jwilliams@williamsbkfirm.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Michael D Anderson
Anderson & Associates LLP
140 S Lake Ave Ste 328
Pasadena, CA 91101

Baker & McKenzie LLP
101 W Broadway Twelfth Flr
San Diego, CA 92101-3890

Baker & McKenzie LLP
101 West Broadway 12th Fl
San Diego, CA 92101-3890

John P Brincko
Brincko Associates Inc.
530 Wilshire Blvd., Ste 201
Santa Monica, CA 90401

Robert A Dolin
7295 N Rich Lawn Pky
Parker, CO 80134

Fred Fraley
19494 E Clear Creek Trl
Parker, CO 80134

-8-

ORDER TO TAKE DEPOSITION OF PRISONER

Ghoreich Law Firm
Special Litagation Counsel to Tr
Attn Jay A Ghoreichi Esq
1999 Ave of the Stars Ste 1100
Los Angeles, CA 90067

Jay A Ghoreichi
1999 Ave of the Stars Ste 1100
Los Angeles, CA 90067

for CRC Real Estate Hewitt & O'Neil LLP
19900 MacArthur Blvd., Ste. 1050,
Irvine, CA 92612

Levene, Neale, Bender, Rankin & Brill, LLP
10250 Constellation Blvd, Ste 1700
Los Angeles, CA 90067

Stephen B Maseda
140 S Lake Ave Suite 328
Pasadena, CA 91101

Julian Nava
19336 Paradise Mtn Rd
Valley Center, CA 92082

Nancy Parker
California Franchise Tax Board
Legal - General Counsel Section
POB 1720 MS A-260
Rancho Cordova, CA 95741-1720

Patrick & Stephanie Rooney
3222 Silva St
Lakewood, CA 90712

Saul F Leonard Company Inc
as Gaming Consultant for Cr Comm
300 N Swall Dr
Beverly Hills, CA 90211

Michael Scott
31102 Euclid Loop
Winchester, CA 92596

ORDER TO TAKE DEPOSITION OF PRISONER

Richard Seim
133 Race St
San Jose, CA 95126

Anthony Sgherzi
300 S Spring St Ste 1702
Los Angeles, CA 90013

Ricky L Shackelford
555 S Flower St
Fiftieth FL
Los Angeles, CA 90071-2300

Gerald N Silver
7100 Hayvenhurst Ave Penthouse Ste
Van Nuys, Ca 91406-3804

Mary V Tresclair
1853 Hayworth Ave
Los Angeles, CA 90035

Gary R Wallace
6080 Center Dr Ste 800
Los Angeles, CA 90045-1574

Clarence Yoshikane
Prudential California Realty
2405 McCabe Way
Irvine, CA 92614

Kenrick W Young
Downey Brand LLC
555 Capitol Mall, 10th Fl
Sacramento, CA 95814

☐ Service information continued on attached page

ORDER TO TAKE DEPOSITION OF PRISONER